UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: THE MATTER OF BELLE CHASSE MARINE TRANSPORTATION, L.L.C. AS OWNER AND OPERATOR OF THE M/V MACK B, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | CIVIL ACTION<br>NO. 26-97<br>SECTION "B" |

**NOTICE TO CLAIMANTS OF COMPLAINT FOR**
**EXONERATION FROM OR LIMITATION OF LIABILITY**

Notice is hereby given that Belle Chasse Marine Transportation, L.L.C. ("BCMT"), as owner and operator of the M/V MACK B, has filed a Complaint for Exoneration from and/or Limitation of Liability ("Complaint-in-Limitation"), pursuant to 46 U.S.C. §§ 30501 – 30512, and all laws supplementary thereto and amendatory thereof, for exoneration from or limitation of liability of all claims for any loss, destruction, injuries, or damage arising out of the Incident of April 7, 2025, during which Brandon Stedman, captain employed by BCMT, was operating the M/V MACK B with deckhand Sherrod Headspeth, also employed by BCMT, when Mr. Stedman fell asleep at the helm of the M/V MACK B allowing the M/V MACK B to collide with another vessel, as more fully described in BCMT's Complaint-in-Limitation.

All persons, firms, corporations, or other legal entities having such claims must file their respective claims, as provided in Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, with the Clerk of the United States District Court, Eastern District of Louisiana, 500 Poydras Street, Room C151, New Orleans, Louisiana, 70130, and must serve a copy thereof on counsel for BCMT **on or before the 3rd day of March, 2026** or be defaulted.

If any claimant desires to contest either the right to exoneration from or the right to limitation of liability, he or she shall file and serve on counsel for BCMT an Answer to the Complaint-in-Limitation on or before the aforesaid date unless his claim has included an Answer so designated or be defaulted.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**Carol L. Michel**
Name of clerk of court

**Date:** **Feb 03 2026**

Deputy clerk's signature